# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09CR80

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEFFREY MICHAEL ROWE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Sean P. Devereux's Motion for Admission Pro Hac Vice of Ronald Lawrence Frey, II. The court has considered closely Mr. Devereux's Motion for Admission Pro Hac Vice of Ronald Lawrence Frey, II and makes the following findings:

(1) Mr. Frey is a member in good standing with the Ohio Bar;

(2) he will be appearing with a member in good standing with the Bar of the court, Mr. Devereux;

(3) the required fee has been paid;

(4) Mr. Frey has provided his email address; and

(5) Mr. Frey was previously admitted to the bar of this court in an earlier action against this defendant, United States v. Rowe, 1:08CR22 (W.D.N.C.), and no other admissions to this court are found; and

(6) upon close review of all docket entries in that matter, it appears that Mr. Frey successfully completed such representation without incident and in

a manner wholly consistent with the expectations of this court as to all counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Sean P. Devereux's Motion for Admission Pro Hac Vice of Ronald Lawrence Frey, II (#5) is **GRANTED,** and Mr. Frey is admitted to practice before the Bar of this court pro hac vice while appearing with Mr. Devereux in this particular case.

Signed: October 15, 2009

Dennis L. Howell
United States Magistrate Judge