IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cr80

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JEFFREY MICHAEL ROWE. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney Ian N. Friedman as counsel *pro hac vice*. [Doc. 24].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 24] is **ALLOWED**, and Ian N. Friedman is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 29, 2010

Martin Reidinger
United States District Judge